In the Matter of ARTHUR F. CARRUTHERS et al., Respondents, against BOARD OF SUPERINTENDENTS OF THE BOARD OF EDUCA-CATION OF THE CITY OF NEW YORK et al., Appellants.

Argued January 4, 1951; decided March 8, 1951.

*John P. McGrath, Corporation Counsel (Arthur H. Kahn* and *Seymour B. Quel* of counsel), for appellants.

*Samuel D. Smoleff* for Citizens Union of the City of New York, *amicus curiæ,* in support of appellants' position.

*Shad Polier* and *Louis H. Pollak* for Public Education Association and others, *amici curiæ,* in support of appellants' position.

*A. Mark Levien* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and FROESSEL, JJ.; DESMOND, DYE and FULD, JJ., dissent in the following memorandum: Section 2520 of the Education Law limits eligibility for the position of director of the bureau of attendance to those in a lower supervisory grade in that bureau. In our view, however, it does not — and cannot constitutionally (N. Y. Const., art. V, § 6) — compel the appointing power — here the board of superintendents of the New York City board of education — to select a person who, in the reasonable judgment of the board, and based upon a proper and permissible noncompetitive examination, is not qualified to fill such a position. Accordingly, we find no basis or warrant for an order mandating the board to make an appointment from among a group deemed by it to be unqualified. We would reverse the order and dismiss the petition.